**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**


COMMONWEALTH OF PENNSYLVANIA, : No. 161 MAL 2015
:
                  Respondent      :
                           : Petition for Allowance of Appeal from the
                           : Order of the Superior Court
          v.             :
:
:
:
RONALD LEE WHISPELL,      :
:
                  Petitioner        :


## ORDER


**PER CURIAM**

      **AND NOW**, this 15th day of July, 2015, the Petition for Allowance of Appeal is

**DENIED**.